**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                              **DATE:** October 29, 2024
**MAGISTRATE JUDGE JUSTIN T. QUINN**
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                              24-mj-06014- JTQ
UNITED STATES OF AMERICA
    vs.
RICHARD ANDREWS, and KEITH ANDREWS
    **DEFENDANTS PRESENT**

**APPEARANCES:**
Eric Boden, AUSA, for Government
Ricardo Solano, Esq., on behalf of RICHARD ANDREWS
Michael Baldassare, Esq., on behalf of KEITH ANDREWS
Lura Jenkins, Pretrial Services Officer

**Nature of Proceedings**:
RULE 5 INITIAL APPEARANCES.
Defendants advised of rights, charges, and penalties.
Rule 5 Initial appearance held.
Waivers of Rule 5 & 5.1. hearing executed.
Defendants advised of Rule 20 rights.
All parties consent to release.
Ordered bail set at $100,000 bond, separately for each defendant, with special conditions.
Orders for release to be signed.
Brady Order entered.
Ordered defendants to appear as directed before Magistrate Judge Harvey, USDC/DC, on 11/12/2024 at 12:30pm via video.

**Time Commenced:** 1:27pm
**Time Adjourned:** 1:40pm
**Total Time: 13 minutes**

                                        s/Elizabeth Beres
                                        DEPUTY CLERK